# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cr 15

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | ORDER |
| JAMES EUGENE PATTY, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** came before the undersigned on March 8, 2017 during a hearing regarding the issue of detention of Defendant. Evidence was presented that when Defendant arrived at the United States Courthouse in Asheville, NC for his initial appearance hearing, it was discovered he had in his wallet a device which was described as a "multi-tool" and a handcuff key. Evidence was further presented that Defendant's possession of these items in his wallet was inadvertent and Defendant was released on terms and conditions of pretrial release by the undersigned.

The undersigned further ordered that the multi-tool and handcuff key be held by the U.S. Marshal pending the resolution of the criminal charges against Defendant. If the charges against Defendant are resolved in his favor, then he will be entitled to request that the Court issue an order directing the U.S. Marshal to release the multi-tool and the handcuff key to Defendant. If the charges are

resolved adversely to the Defendant, then the Court can issue an order directing that the items be destroyed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the multi-tool and handcuff key found in the possession of the Defendant on March 6, 2017, are to be placed in the custody of the U.S. Marshal and held by the Marshal as provided in this Order. The Clerk is directed to provide a copy of this Order to the U. S. Marshall.

Signed: March 10, 2017

Dennis L. Howell
United States Magistrate Judge